| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 1:02-CR-121-P-C-02 |
| | DOCKET NUMBER *(Rec. Court)* |
| | 04-10242 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Roanne Pardo<br>80 Beetle Street, Apt. 3N<br>New Bedford, Massachusetts 02746 | MAINE | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Gene Carter, Senior U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 1/22/04 | TO 1/21/07 |

OFFENSE

Conspiracy to Distribute and Possess with Intent to Distribute Cocaine

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/29/04
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Aug 11, 2004
Effective Date

_William G. Young_
United States District Judge